UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES FOR THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND; TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY FUND;
THE CARPENTER CONTRACTOR ALLIANCE
OF METROPOLITAN NEW YORK; THE NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                   Petitioners,                               19 **CIVIL** 11065 (KPF)

        -against-                                    **JUDGMENT**

ALL FLOORING SOLUTIONS, LLC,
                   Respondent.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 21, 2020, Petitioners' motion for summary judgment on their petition to confirm the Award is GRANTED, and judgment is entered in the amount of $410,653.65, which consists of the arbitration award of $389,210.31, $18,794.06 in prejudgment interest, $2,545 in attorneys' fees, and $104.28 in costs. Post-judgment interest will accrue at the statutory rate pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York
           May 21, 2020

                                                        **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                            **BY:**
                                                _____
                                                           **Deputy Clerk**